28 USC § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY
SEEKING REVIEW OF PRISON DISCIPLINARY SANCTIONS

**FILED**
01/20/2023
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

**United States District Court**  District **Southern District of Indiana**

Name: Raymond Hudson   Prisoner No. 258587   Case No. STP-22-10-0034

Place of Confinement: Putnamville Correctional Facility      2:23-cv-034-JRS-MKK

Name of Petitioner: Raymond Hudson         Name of Respondent: Dushan Zatecky
(Include name under which convicted)              (Authorized person having custody of petitioner)

V.

The Attorney General of the State of Indiana

### PETITION

1. Name and location of Prison Disciplinary Body, which determined guilt: Heritage Trails STOP Correctional Facility, 727 Moon Road Plainfield, IN 46168
2. Date of Guilt determination: 10/28/2022
3. Sanctions imposed: Demoted Credit Class to CC D, Loss of 365 executed credit days, 365 executed days in segregation, 145 days loss of privileges
4. Nature of rule infractions involved (all counts) A-100 Violation of State Law, Obstruction of Justice IC 35-44.1-2-2
5. What was your plea? (Check one)
   a. (a) Not guilty          ☒
   b. (b) Guilty              ☐
6. If you pleaded not guilty, what kind of disciplinary hearing did you have? (Check one)
   a. Screening Officer Hearing ☐
   b. (b) Full Hearing          ☒
7. Did you testify at your disciplinary hearing?
   a. Yes ☒   No ☐
8. Did you appeal from the guilty determination and imposition of sanction(s)?
   a. Yes ☒   No ☐
9. If you did appeal, answer the following:

a) Name and title of Reviewing Authority: Emerson, Warden of Heritage Trails STOP

b) Result: Denied with sanction modification – removed segregation time as time served

c) Date of result: 11/8/2022

d) Grounds raised : violation of due process rights, proper procedure errors, preponderance of evidence

e) If you sought further review of the decision on appeal by a higher Reviewing Authority, please answer the following:

　1) Name and title of Higher Reviewing Authority: Matthew Brown, Appeal Review Officer

　2) Result : Denied with sanction modification – reduced earned credit time deduction to 90 days

　3) Date of result: 12/8/2022

　4) Grounds raised: violation of due process rights, proper procedure errors, preponderance of evidence

10. Have you previously filed any petitions, applications, or motions with respect to this Disciplinary Finding in any court, state or federal?
Yes ☐   No ☒

11. If your answer to 10 was "yes," give the following information:
(1) Name of court: N/A
(2) Nature of proceeding: N/A
(3) Grounds raised: N/A

12. State *concisely* every ground on which you claim that you were unconstitutionally deprived of credit time or subjected to unconstitutional disciplinary punishment. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting same.
　**CAUTION:** In order to proceed in federal court, you must first exhaust all available administrative appellate remedies as to each ground on which you request relief from federal court. If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date. It is suggested that you read *Marham v Clark*, 978 F.2d 993 (7th Cir. 1990) prior to filing this petition.

a) GROUND ONE: violation of due process rights (policy 02-04-101 pg. 30 sub. 3-c)
SUPPORTING FACTS (state *briefly* without citing cases or law): I did not waive my 24 hour rights, therefore all evidence summaries and video reports/witness statements are supposed to be given to me

AT LEAST 24 hours before the hearing to allow a proper defense. I was given all my evidence during my hearing and told that the hearing officer did not have to follow this policy.

b) GROUND TWO: violation of allowed sanctions
SUPPORTING FACTS (state *briefly* without citing cases or law): I was sanctioned to 145 days loss of privileges and according to DOC policy you are only allowed to be sanctioned to a maximum loss of 45 days privileges

c) GROUND THREE: preponderance of evidence
SUPPORTING FACTS (state *briefly* without citing cases or law): the camera review only states to show me resisting arrest, which I was also wrote up for. It does not state anything about swallowing or attempting to dispose of evidence. There was also three witness reports, 2 staff and 1 inmate that stated to only see me resisting. I was taken to medical where I was cleared and deemed nothing wrong with me or nothing appears to be in my system. To say I violated a state law I am to be held to the same standard as the court of law, which is beyond a reasonable doubt. I was never charged or found guilty of this charge therefore DOC cannot say I violated a state law. This should have been an interfering with staff duties write up or merely just a resisting which I was also found guilty of.

d) GROUND FOUR: violation of due process rights
SUPPORTING FACTS (state *briefly* without citing cases or law): I have the right to a fair hearing before an impartial decision maker. On the day of the incident I was transferred to Putnamville Correctional Facility where the CAB officers told me they could not do my hearing because Heritage Trails STOP called and said Putnamville could not do my hearings because Heritage Trails was going to drive out and handle it themselves. They maxed me on all sanctions, and over sanctioned me and found me guilty on all counts even though there were stacked write ups.

13. If any of the grounds listed in 12A, B. C, and D were not previously presented in your administrative appeal, state briefly what grounds were not presented and give your reasons for not presenting them at the administrative level:

_____

_____

_____

14. Do you have any petition or appeal now pending in any court or administrative agency, either state or federal, as to the judgment under attack?

   Yes ☐    No ☒

15. Give the name, Title, and/or D.O.C. Numbers, if known, of each offender, of any staff or lay advocates, who represented you in the following stages of the disciplinary proceedings in the following stages of the judgment attacked herein:

   a) At Disciplinary hearing: _____

   b) At Institutional Level Appeal: _____

   c) At I.D.O.C. Level Appeal: _____

**WHEREFORE**, Petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

_____
Signature of Petitioner

## DECLARATION

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. Executed on

DATE: January 11, 2023          _____
                                Signature of Petitioner

## CERTIFICATE OF SERVICE

    I, Raymond Hudson, hereby certify that on this \_11\_ day of \_January\_, 20\_23\_, I served a true and correct copy of the foregoing Petition under 28 USC § 2254 For Writ Of Habeas Corpus upon the Attorney General of Indiana, Indiana Government Center South, Fifth Floor, 302 W. Washington Street, Indianapolis, Indiana 46204; by ordinary, first class, postage prepaid, United States Mail.

                                                             _____
                                                             Signature of Petitioner

# UNITED STATES DISTRICT COURT

———————— SOUTHERN DISTRICT OF INDIANA ————————

**SUMMONS IN A CIVIL CASE**

        V.                                            CASE NUMBER: _____