UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RAYMOND HUDSON, | ) |
| Petitioner, | ) |
| v. | ) No. 2:23-cv-00034-JRS-MKK |
| DUSHAN ZATECKY Warden, | ) |
| Respondent. | ) |

**FINAL JUDGMENT**

The Court now enters **FINAL JUDGMENT** in favor of the Respondent and against the Petitioner, Raymond Hudson.

Raymond Hudson's Petition for a Writ of Habeas Corpus is **DENIED** and the action is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

Date: 10/2/2024

JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _Samantha Burmester_
Deputy Clerk, U.S. District Court

**Distribution via ECF only to all counsel of record**

**Distribution via U.S. Mail to:**

Raymond Hudson
258587
PUTNAMVILLE – CF
PUTNAMVILLE CORRECTIONAL FACILITY
 Inmate Mail/Parcels
1946 West U.S. Hwy. 40
Greencastle, IN 46135

Raymond Hudson
258587
Indianapolis Parole District
6400 E. 30th Street
Indianapolis, IN 46219